COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CYNTHIA GALLARDO, | § | No. 08-24-00149-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GALLARDO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCM6562) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On June 24, 2024, the Clerk of this Court sent Appellant a letter notifying her that this appeal would be subject to dismissal if she did not pay the required filing fee within 20 days of the date of our notice. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs).

As of this date, Appellant has not paid the filing fee or otherwise shown she is excused from paying the required fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or

other action within a specified time). Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


GINA M. PALAFOX, Justice

July 22, 2024

Before Alley, C.J., Palafox and Soto, JJ.